UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN RE:

    Sylvia Ann Jones                                CASE NO.:    13-58982
                                                        CHAPTER:    13
                       Debtor                     JUDGE:       SHEFFERLY
_____/

    Sylvia Ann Jones

            Plaintiff                                        Adv. Proceeding No. 13-05358
vs.

United One Equities

            Defendant.
_____/

### ORDER DETERMINING THE EXTENT OF THE SECOND LIEN OF UNITED ONE EQUITIES

      This matter having come before the Court upon the filing of the Plaintiff's Complaint to Determine the Extent of the Second Mortgage Lien of <u>United One Equities</u>, Its Assignees or Successors in Interest, and due notice having been thus given, a Stipulation having been filed or a Entry of a Default Judgment having occurred, and the Court being otherwise fully advised in the premises;

      **IT IS HEREBY ORDERED** that upon completion of the debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number <u>13-58982,</u> the mortgage ("Mortgage") dated <u>10/21/05</u>, covering the following described ("Property") situated in the City of <u>Westland</u>, County of <u>Wayne</u>, State of <u>Michigan</u>, and further described as follows:

30180 Marshall Ct., Westland, MI 48186, Unit 47 Fairfield Glade Condominium, according to the Master Deed recorded in Liber 32863, pages 1 through 58, both inclusive, Wayne County Records, and designated as Wayne County Condominiums Subdivision plan no. 585, together with rights in general common elements and limited common elements, as set forth above described master deed and as described in act 59 of the public acts of 1978, as amended, Wayne County Records.

Recorded in the <u>Wayne</u> County Register of Deeds on <u>January 9, 2006</u> Liber <u>44099,</u> Page <u>614</u>, will be stripped from the Property and discharged.

      **IT IS FURTHER ORDERED** that upon completion of the Debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number <u>13-58982</u> the debtor may record a certified copy of this order, with a copy of the debtor's Chapter 13 discharge order attached, with the <u>Wayne</u> County Register of Deeds, which will constitute and effectuate the discharge of the Mortgage.

**IT IS FURTHER ORDERED** that if the Debtor fails to complete the debtor's Chapter 13 plan and obtain a Chapter 13 discharge order in bankruptcy case number 13-58982, this order does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy case of the debtor either to compel the holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the mortgage.

.

```
Signed on January 22, 2014
                                        /s/ Phillip J. Shefferly
                                    Phillip J. Shefferly
                                    United States Bankruptcy Judge
```